MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7205
    Fax: (415) 436-7234
    E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>URIEL MALDONADO-HERNANDEZ,<br>    Defendant. | No. CR 11-0817 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER<br>SPEEDY TRIAL ACT COMPUTATION |

Defendant Uriel Maldonado-Hernandez and the government, through undersigned counsel, STIPULATE to the exclusion of time under the Speedy Trial Act as to Defendant Uriel Maldonado-Hernandez from February 28, 2012 up to and including March 20, 2012, the date scheduled for a status hearing in this matter. The parties appeared before the Honorable William H. Alsup on February 28, 2012 for an initial appearance before the District Court in this matter. Defendant Uriel Maldonado-Hernandez was present with his defense attorney, Edwin Prather. The government has produced discovery to the defense, and defense counsel needs an opportunity to review the discovery with the defendant. The parties agreed to a status hearing before the Honorable William H. Alsup to take place on March 20, 2012, and requested that time

///

STIPULATION; ORDER
CR 11-0817 WHA

be excluded under the Speedy Trial Act from February 28, 2012 through March 20, 2012 for effective preparation of counsel.

Dated:  February 29, 2012         /s/
EDWIN PRATHER
Attorney for Defendant Uriel Maldonado-Hernandez

Dated:  February 29, 2012        MELINDA HAAG
United States Attorney

      /s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

Based upon the above stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from February 28, 2012 up to and including March 20, 2012 for effective preparation of counsel for Defendant Uriel Maldonado-Hernandez.  Failure to grant the requested continuance would unreasonably deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 28, 2012 up to and including March 20, 2012 outweigh the best interest of the public and the defendant in a speedy trial.  19 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from February 28, 2012 up to and including March 20, 2012 be excluded from the Speedy Trial Act calculations as to the defendant under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

Dated:  March 1, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE