MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7205
    Fax: (415) 436-7234
    E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0817 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT COMPUTATION |
| v. | |
| URIEL MALDONADO-HERNANDEZ, | |
| Defendant. | |

    Defendant Uriel Maldonado-Hernandez and the government, through undersigned counsel, STIPULATE to the exclusion of time under the Speedy Trial Act as to Defendant Uriel Maldonado-Hernandez from March 20, 2012 up to and including April 10, 2012, the date scheduled for a status hearing in this matter. The parties appeared before the Honorable William H. Alsup on March 20, 2012 for a status hearing in this matter. Defendant Uriel Maldonado-Hernandez was present with defense attorney Naomi Pilchen of Prather Law Offices. Edwin Prather, lead trial counsel for the defendant, was unable to attend due to an illness. The parties requested, and the Court ordered, that a pre-plea Criminal History Only report be prepared by U.S. Probation. The government has produced discovery to the defense, and defense counsel needs an opportunity to review the discovery with the defendant. The parties agreed to a status

STIPULATION; ORDER
CR 11-0817 WHA

hearing before the Honorable William H. Alsup to take place on April 10, 2012, and requested that time be excluded under the Speedy Trial Act from March 20, 2012 through April 10, 2012 for continuity of counsel and effective preparation of counsel.

Dated: March 20, 2012    /s/
EDWIN PRATHER
Attorney for Defendant Uriel Maldonado-Hernandez

Dated: March 20, 2012    MELINDA HAAG
United States Attorney

/s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

Based upon the above stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from March 20, 2012 up to and including April 10, 2012 for continuity of counsel and effective preparation of counsel for Defendant Uriel Maldonado-Hernandez. Failure to grant the requested continuance would unreasonably deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 20, 2012 up to and including April 10, 2012 outweigh the best interest of the public and the defendant in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from March 20, 2012 up to and including April 10, 2012 be excluded from the Speedy Trial Act calculations as to the defendant under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

Dated: March 22, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION; ORDER
CR 11-0817 WHA                    2