1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  CHINHAYI COLEMAN CADET (CABN 194542)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7205
7      Fax: (415) 436-7234
       E-Mail: chinhayi.cadet@usdoj.gov
8
9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0817 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT COMPUTATION |
| v. ) | |
| URIEL MALDONADO-HERNANDEZ, ) | |
| Defendant. ) | |

Defendant Uriel Maldonado-Hernandez and the government, through undersigned counsel, STIPULATE to the exclusion of time under the Speedy Trial Act as to Defendant Uriel Maldonado-Hernandez from May 1, 2012 up to and including May 15, 2012, the date scheduled for a status hearing in this matter. The parties appeared before the Honorable William H. Alsup on May 1, 2012 for a status hearing in this matter. Defendant Uriel Maldonado-Hernandez was present with his defense attorney, Jesse Garcia. The order granting Mr. Garcia's substitution of counsel was filed on April 9, 2012. The government has produced discovery to the defense, and newly-retained defense counsel needs an opportunity to review the discovery with the defendant. The parties have received a Pre-plea Modified Presentence Investigation Report, the parties are in the process of settlement negotiations, and the defense needs time to thoroughly evaluate the

STIPULATION; ORDER
CR 11-0817 WHA

case. The parties agreed to a status hearing before the Honorable William H. Alsup to take place on May 15, 2012, and requested that time be excluded under the Speedy Trial Act from May 1, 2012 through May 15, 2012 for continuity of counsel and effective preparation of counsel.

Dated: May 1, 2012
/s/
JESSE GARCIA
Attorney for Defendant Uriel Maldonado-Hernandez

Dated: May 1, 2012
MELINDA HAAG
United States Attorney

/s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

Based upon the above stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 from May 1, 2012 up to and including May 15, 2012 for continuity of counsel and effective preparation of counsel for Defendant Uriel Maldonado-Hernandez. Failure to grant the requested continuance would unreasonably deny defense counsel the time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 1, 2012 up to and including May 15, 2012 outweigh the best interest of the public and the defendant in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from May 1, 2012 up to and including May 15, 2012 be excluded from the Speedy Trial Act calculations as to the defendant under 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

Dated: May 3, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION; ORDER
CR 11-0817 WHA                     2