1  GARCIA, SCHNAYERSON & THOMPSON
   ATTORNEYS AT LAW
2  225 West Winton Ave, Suite 208
   Hayward, California 94544
3  (510) 887-7445

4
   JESSE GARCIA [061223]
5  Attorney for Defendant
   URIEL MALDONADO-HERNANDEZ
6

7
                        UNITED STATES DISTRICT COURT
8                      NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
9

10
      UNITED STATES OF AMERICA          )  Case No.: 3:11-CR-00817-WHA
11                                       )
              Plaintiff,                 )  **STIPULATION AND ORDER RE**
12                                       )  **CONTINUANCE OF SENTENCE**
                                         )  **HEARING**
   vs.                                   )
13                                       )
   URIEL MALDONADO-HERNANDEZ             )
14                                       )
              Defendant.                 )
15                                       )
                                         )
16  _____

17
          Uriel Maldonado-Hernandez, by and through his counsel, Jesse Garcia, and the United
18
   States Government, by and through its counsel, Chinhayi C. Cadet, Assistant United States
19
   Attorney, due to defense counsel's medically-related scheduling conflict, jointly stipulate
20
   and respectfully request the Court to reset the sentencing hearing presently set for October 2, 2012,
21
   to October 23, 2012, at 2:00 p.m.
22

23

24  Dated: September 21, 2012          Respectfully submitted,

25

26                                     /s/ JESSE J. GARICA
                                       Attorney for Defendant
27                                     Uriel Maldonado-Hernandez

28

1    Dated: September 21, 2012          /s/ CHINHAYI C. CADET
                                        Authorized to sign for CHINHAYI C. CADET
2                                       Assistant United States Attorney on September 21, 2012

3

4

5

6                          (PROPOSED) ORDER

7

8         IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled on October

9    2, 2012, is continued to October 23, 2012,  at 2:00 p.m.

10

11

12   Date:  September 25, 2012.         _____
                                        HONORABLE WILLIAM ALSUP
13                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *USA v. URIEL MALDONADO-HERNANDEZ (3:11-CR-00817-WHA)*
     *STIPULATION AND ORDER TO CONTINUE SENTENCING*    2